IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RALPH DOUGLAS COX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-07-875-M |
| ) | |
| GRADY COUNTY DETENTION ) | |
| CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On April 3, 2008, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action concerning alleged Eighth Amendment violations at the Grady County Detention Center. The Magistrate Judge recommended defendant's Motion to Dismiss should be granted because Grady County Detention Center is not entity subject to suit, and should be dismissed from plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(2). The parties were advised of their right to object to the Report and Recommendation by April 23, 2008. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on April 3, 2008, and

(2) GRANTS defendant's motion to dismiss [docket no. 23],

(3) DISMISSES defendant Grady County Detention Center from this action.

**IT IS SO ORDERED this 29th of April, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE