IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RALPH DOUGLAS COX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-07-875-M |
| ) | |
| GRADY COUNTY DETENTION ) | |
| CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

On December 4, 2007, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging the violation of certain constitutional rights during plaintiff's incarceration at the Grady County Detention Center. The Magistrate Judge recommended the Court grant defendants Shane Wyatt, Rochelle McConnel and Larry McGill motion for summary judgment. The parties were advised of their right to object to the Report and Recommendation by April 24, 2008. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on April 4, 2008;

(2) GRANTS defendants Shane Wyatt, Rochelle McConnel and Larry McGill motion for summary judgment in his official capacity [docket no. 37].

This Order effectively terminates this action in this Court.

**IT IS SO ORDERED this 29th day of April, 2008.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE